UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
November 8, 2019
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

ERICK DOMINGUEZ

Defendant.

Case No. 2:19-mj-00194-KJN

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release KIMBERLY DOMINGUEZ Case No. 2:19-mj-00194-KJN Charges 18 USC § 1349 from custody for the following reasons:

\_\_\_\_\_ Release on Personal Recognizance

\_\_\_\_\_ Bail Posted in the Sum of $ _____

**X** Unsecured Appearance Bond $ 25,000.00

\_\_\_\_\_ Appearance Bond with 10% Deposit

\_\_\_\_\_ Appearance Bond with Surety

\_\_\_\_\_ Corporate Surety Bail Bond

**X** (Other): Pretrial Supervision conditions as stated on the record in open court.

Issued at Sacramento, California on November 8, 2019 at 2:00 PM

By: _____

Magistrate Judge Kendall J. Newman